UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE DEMOCRATIC PARTY OF NEW JERSEY, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DEVINE *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.: 22-01268 (JXN)(AME)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court upon the Report and Recommendation ("R&R") dated May 16, 2025, by Magistrate Judge André M. Espinosa ("Judge Espinosa") (ECF No. 152), recommending that the Court grant Plaintiff's motions for sanctions against Defendants (ECF Nos. 146, 151), strike Defendants' Answer, and grant Plaintiff leave to seek entry of default and thereafter, to file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55; and the parties having been advised that, pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(2), and L. Civ. R. 72.1(c)(2), they may file and serve objections within fourteen (14) days after receiving a copy of Judge Espinosa's R&R; and no objections to the R&R have been received,[1] and the time for objections has expired; and the Court has reviewed the reasons set forth in Judge Espinosa's R&R, and for good cause shown,

---

[1] The Court notes that Plaintiff filed a letter on the docket on May 22, 2025, to clarify that the sanctions imposed are against NJDEMS.com, and that on page seventeen (17) of Judge Espinosa's R & R, a typographical error referred to NJDEMS.com as "NJDEMS.org." (ECF No. 153). The R & R as adopted, issues sanctions against NJDEMS.com.

**IT IS** on this 9th day of June, 2025,

**ORDERED** that the R&R of Judge Espinosa dated May 16, 2025, (ECF No. 152), is **ADOPTED** as the conclusions of law of this Court and Plaintiff's motions for sanctions against Defendants (ECF Nos. 146, 151) are **GRANTED**; it is further

**ORDERED** that Defendants' answer (ECF No. 120) is stricken and Plaintiff may seek entry of default and default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on all Defendants.

JULIEN XAVIER NEALS
United States District Judge